# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIA SOLOMON** <br> 4008 28th Ave, Apt 202 <br> Temple Hills, MD 20748 <br><br> **Plaintiff,** <br><br> v. <br><br> **WHOLE FOODS MARKET, INC.[1]** <br> 550 Bowie St <br> Austin, TX 78703 <br><br> **Defendant.** | Case No. 1:20-cv-00666 |

## NOTICE OF REMOVAL TO FEDERAL COURT

Pursuant to 28 U.S.C. §§ 1441(a), 1446(a), Defendant Whole Foods Market Group, Inc. ("Defendant") files this Notice of Removal of the above-captioned matter from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. The grounds for removal are as follows:

1.    On February 19, 2020, Plaintiff Mia Solomon ("Plaintiff") served Defendant with the Summons, Complaint and Jury Demand, and Initial Order and Addendum, a true and correct copy of which is filed herewith. The action, which asserts claims for discrimination on the basis of sex was brought in the Superior Court of the District of Columbia, styled and captioned exactly as above, and assigned Case No. 2020 CA 001048 B. No other pleadings were served on Defendant in the D.C. Superior Court action.

---

[1] Defendant Whole Foods Market Group, Inc. was improperly named in the Complaint as "Whole Foods Market, Inc."

2. Plaintiff's Complaint alleges that she was discriminated against based on her sex. Plaintiff seeks judgment against Defendant in an amount in excess of Seventy Five Thousand Dollars ($75,000.00) in connection with her alleged discrimination.

3. For diversity purposes, "a person is a 'citizen of the State' in which he is domiciled." *Core VCT PLC v. Hensley*, 59 F. Supp. 3d 123, 125 (D.D.C. 2014) (quoting *Prakash v. Am. Univ.*, 727 F.2d 1174, 1180 (D.C. Cir. 1984)). "The place where a man lives is properly taken to be his domicile until facts adduced establish to the contrary." *District of Columbia v. Murphy*, 314 U.S. 441, 455 (1941).

4. In her Complaint, Plaintiff states that she resides in Temple Hills, Maryland. (*See* Compl.). Accordingly, Plaintiff is a citizen of the State of Maryland for diversity purposes.

5. Defendant Whole Foods Market, Inc. is a company organized under the laws of the State of Texas, with its principal place of business located in the State of Texas. Accordingly, Defendant is a citizen of Texas for diversity purposes.

6. Pursuant to 28 U.S.C. § 1332, federal district courts have original jurisdiction of all civil actions when the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and when the action is between citizens of different states.

7. This state court action may be removed to federal district court pursuant to 28 U.S.C. § 1441(a), as this is a civil action in which the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and in which the action is between citizens of different states.

8. Further, pursuant to 28 U.S.C. § 1446(a), (b), and (d), this state court action, which was commenced in the Superior Court of the District of Columbia, may be removed to the United

States District Court for the District of Columbia because this Court is the federal district court which includes the District of Columbia within its jurisdiction.

9. This Notice of Removal is filed with this Court within 30 days after Plaintiff served her Complaint.

10. Filed herewith is a copy of the Notice of Filing of Notice of Removal, the original of which is being filed with the Clerk of the Superior Court of the District of Columbia, as required by 28 U.S.C. § 1446(d).

11. Filed herewith is a copy of the Notice to Plaintiff of Filing of Notice of Removal, the original of which is being served on Plaintiff in accordance with 28 U.S.C. § 1446(a).

12. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted

**WHEREFORE**, Defendant respectfully requests that the Clerk note that this action has been removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, and that all proceedings hereafter shall take place in the United States District Court for the District of Columbia.

Dated: March 6, 2020

*/s/ Alison N. Davis*
Alison N. Davis (Bar No. 429700)
Patricia Donkor (Bar No. 1000455)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC  20006-4046
202.842.3400  Telephone
202.842.0011  Facsimile
ANDavis@littler.com
PDonkor@littler.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 6, 2020, a copy of the foregoing Notice of Removal was served by first class mail, postage prepaid, upon the following:

>Tiffany Joseph Goodson
>1325 G Street NW, Suite 558
>Washington, DC 20005
>
>*Counsel for Plaintiff*

I further certify that, pursuant to 28 U.S.C. § 1446(d), on March 6, 2020, a copy of the foregoing Notice of Removal was served via Case FileXpress upon the following:

>James D. McGinley
>Clerk of the Court
>Superior Court of the District of Columbia
>500 Indiana Avenue, N.W.
>Washington, DC  20001

>   */s/ Alison N. Davis*
>   Alison N. Davis